IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANDREW D. MUSILA, | : | 4:12-CV-0752 |
|---|---|---|
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| LOCK HAVEN UNIVERSITY, *et. al.*, | : | |
| Defendants. | : | |

**ORDER**

September 9, 2013

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The two Motions to Dismiss, ECF Nos. 49 and 53, are GRANTED.

2. The amended complaint is dismissed for failure to state a claim upon which relief may be granted. Counts I and II are dismissed with prejudice. Counts III and IV are dismissed without prejudice.

3. The clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge